### Martha B. Vickery v. Pliney B. Holdridge.

Case made after judgment from Livingston Circuit.

COOLEY J.

This case was argued with the case of *Martha B. Vickery v. Clara Bier et al.* and depends upon the same principle. The judgment must therefore be affirmed, with costs.

CHRISTIANCY and CAMPBELL JJ. concurred.

MARTIN CH. J. did not sit.